872

No. 95–5005.  BAKER v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 95–5006.  GOSIER v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 95–5007.  CHRISTY v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 95–5009.  FIELDS v. UNITED STATES; and
No. 95–5479.  HUDSON v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 95–5010.  DAWDY v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 95–5011.  HAMAMCY v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 95–5012.  VAN BLERICOM v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–5013.  GUNDERMAN v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 95–5014.  FLORES v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 95–5018.  CARMEN-PEREZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–5019.  BRIGHT v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 95–5020.  BRADSHAW v. WEST VIRGINIA.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 95–5023.  PHILLIP v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 95–5024.  HILL v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 95–5025.  WILSON v. ROGERS, WARDEN.  C. A. 6th Cir. Certiorari denied.